1  RICHARD J. DOREN, SBN 124666
     rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
     hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6

7  GEOFFREY M. SIGLER (*pro hac vice*)
     gsigler@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
8  1050 Connecticut Ave., N.W.
   Washington, DC 20036-5306
9  Telephone: 202.955.8500
   Facsimile:  202.467.0539
10
   Attorneys for Defendant, AETNA LIFE INSURANCE
11 COMPANY

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15

| 16 | ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals; | CASE NO. CV-13-2554 SC |
|---|---|---|
| | | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| | Plaintiffs, | |
| | v. | |
| | AETNA LIFE INSURANCE COMPANY, | |
| | Defendant. | |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, the Case Management Conference currently scheduled for September 13, 2013 shall be continued until December 13, 2013 at 10:00 a.m. or anytime thereafter as the Court may find convenient. The parties will file a Joint Case Management Statement seven days before the conference.

**IT IS SO ORDERED.**

Dated: 08/29/2013



Judge Samuel Conti

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, CASE NO. 13-2554