RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>        Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. CV-13-2554 SC<br><br>[~~PROPOSED~~] **ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

Pursuant to stipulation, the Case Management Conference currently scheduled for December 13, 2013 shall be continued until February 7, 2014 at 10:00 a.m. or anytime thereafter as the Court may find convenient. The parties will file a Joint Case Management Statement seven days before the conference.

**IT IS SO ORDERED.**

Dated: 12/02/2013



Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, CASE NO. 13-2554