RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>              Plaintiffs,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>              Defendant. | CASE NO. CV-13-2554 SC<br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE ON AMENDED COMPLAINT**<br><br>**IT IS SO ORDERED AS MODIFIED** |

[~~PROPOSED~~] ORDER

Pursuant to stipulation and agreement between the parties:

- Plaintiffs' Amended Complaint will be due on January 16, 2014
- Aetna's response to the Amended Complaint will be due on February 25, 2014
- Plaintiffs' opposition will be due on March 25, 2014
- Aetna's reply will be due on April 15, 2014
- Hearing on the motion to dismiss will be on ~~April 25, 2014~~ May 2, 2014 at 10:00 a.m. or at the Court's convenience after April 25
- The Initial Case Management Conference will be on July ~~13~~ 11, 2014 at 10:00 a.m.
- The parties will file a Joint Case Management Statement seven days before the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: 01/16/2014



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA