1  David M. Lilienstein   (State Bar No. 218923)
   **DL LAW GROUP**
   345 Franklin St.
2  San Francisco, California 94102
   Telephone: (415) 392-2289
3  Facsimile:  (415) 358-8484
   E-mail:  david@dllawgroup.com,
4

5  Brian S. King,  #4610
   **Brian S. King, Attorney at Law**
6  336 South 300 East, Suite 200
   Salt Lake City, Utah 84111
7  Telephone: (801) 532-1739
   Facsimile: (801) 532-1936
8  Email: brian@briansking.com

9  Colin P. King
   Jessica Andrew
10 **DEWSNUP KING & OLSEN**
   36 S. State Street, Suite 2400
11 Salt Lake City, UT 84111
   Telephone: (801) 533-0400
12 Facsimile: (801) 363-4218
   Email: cking@dkolaw.com
13 Email: jandrew@dkolaw.com
   *Pro hac vice*
14

15 Attorneys for Plaintiffs,

16

17                    UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA
18

19                                        ) Case No.  CV 13-2554  SC
   ELIZABETH L., *et al.*                 )
20                                        ) [~~PROPOSED~~] **ORDER SETTING**
                         Plaintiffs,      ) **NEW HEARING DATE RE:**
21                                        ) **DEFENDANT'S MOTION TO**
   vs.                                    ) **DISMISS**
22                                        ) IT IS SO ORDERED AS MODIFIED
                                          ) Hearing:  May 30, 2014
23 AETNA LIFE INSURANCE COMPANY,          ) Time:      11:00 a.m.
                                          ) Place:     Phillip Burton Federal
24                       Defendant.       )            Building & United States
                                          )            Courthouse
25                                        )            450 Golden Gate Avenue
26                                        )            San Francisco, CA 94012
                                          ) Judge:     Samuel Conti
27 _____   )

28
                                         1

   **STIPULATION TO SET NEW HEARING**              **Case No. CV 13-2554**
   **DATE RE: DEFENDANT'S MOTION TO DISMISS**

**[PROPOSED] ORDER**

Pursuant to the stipulation and agreement between the parties:

- The hearing on Aetna's motion to dismiss shall be rescheduled to occur on May 30, 2014 at ~~11:00 a.m.~~ 10:00 a.m.

- The date currently scheduled for a Case Management Conference, ~~July 11, 2014~~ August 8, 2014, shall be maintained with a Joint Case Management Statement to be submitted on or before ~~July 4, 2014~~ August 1, 2014.

IT IS SO ORDERED.

Dated: __03/06/2014__

_____
U.S. Dis...

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO SET NEW HEARING**
**DATE RE: DEFENDANT'S MOTION TO DISMISS**

Case No. CV 13-2554

2