David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Colin P. King
Jessica Andrew
**DEWSNUP KING & OLSEN**
36 S. State Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 533-0400
Facsimile: (801) 363-4218
Email: cking@dkolaw.com
Email: jandrew@dkolaw.com
*Pro hac vice*

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., *et al.*<br><br>                    Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.  CV 13-2554  SC<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY MEMORANDA**<br><br>Hearing: May 30, 2014<br>Time:    10:00 a.m.<br>Place:   Phillip Burton Federal<br>         Building & United States<br>         Courthouse<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94012<br>Judge:   Samuel Conti |

Pursuant to the stipulation and agreement between the parties:

- The date for Plaintiffs to submit their Opposition Memorandum shall be extended to March 27, 2014; and
- The date for Defendant to submit its Reply Memorandum shall be extended to April 17, 2014.

IT IS SO ORDERED.

Dated: _____03/25/2014_____

