1  RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
    hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone:   213.229.7000
5  Facsimile:   213.229.7520

6
   GEOFFREY M. SIGLER (pro hac vice)
7     gsigler@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
8  1050 Connecticut Ave., N.W.
   Washington, DC 20036-5306
9  Telephone:   202.955.8500
   Facsimile:   202.467.0539
10
   Attorneys for Defendant, AETNA LIFE INSURANCE
11 COMPANY

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15
   ELIZABETH L., JAMES L., and OLIVIA L.,        CASE NO. CV-13-2554 SC
16 individually and as representatives of the class
   of similarly situated individuals; and L.M. and   [PROPOSED] ORDER TO EXTEND TIME
17 N.M. as guardians of M.M., and as                 FOR DEFENDANT AETNA LIFE
   representatives of the class of similarly situated INSURANCE COMPANY TO RESPOND TO
18 individuals;                                       PLAINTIFFS' SECOND AMENDED
                                                      COMPLAINT AND TO SET BRIEFING
19                Plaintiffs,                         SCHEDULE FOR DEFEDANT AETNA LIFE
                                                      INSURANCE COMPANY'S MOTION TO
20        v.                                          DISMISS

21 AETNA LIFE INSURANCE COMPANY,
                                                   **IT IS SO ORDERED AS MODIFIED**
22                Defendant.

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

Pursuant to stipulation, the briefing schedule on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint shall be:

- Defendant will file its Motion to Dismiss on or before August 22, 2014;
- Plaintiffs may file a response to Defendant's Motion to Dismiss on or before September 22, 2013;
- Defendant may file a reply to Plaintiffs' response on or before October 17, 2013; and
- Defendant's Motion to Dismiss Plaintiffs' Complaint will be set for hearing on Friday, November 14, 2014 ~~Thursday, October 30, 2013~~ at 10:00 a.m. or anytime thereafter as the Court may find convenient.

**IT IS SO ORDERED.**

Dated: 07/25/2014



Judge Samuel Conti