RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>             Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>             Defendant. | CASE NO. CV-13-2554 SC<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

///

///

///

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and agreement between the parties:

- The Case Management Conference will be on December 12, 2014 at 10:00 a.m.
- The parties will file a Joint Case Management Statement seven days before the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: 07/28/2014



Judge Samuel Conti

# CERTIFICATE OF SERVICE

I, Lindie S. Joy, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On July 28, 2014, I served the following document(s):

> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE ON AMENDED COMPLAINT; and**
>
> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE ON AMENDED COMPLAINT**

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☐ **BY First-Class Mail, Postage Prepaid:** I caused such document to be served via U.S. mail to the following non-CM/ECF participant(s):

I am employed in the office of **Heather Richardson**, a member of the bar of this court, and that the foregoing document(s) was (were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2014.

_____
Lindie S. Joy