RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
  gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV-13-2554 SC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

///
///
///

## [~~PROPOSED~~] ORDER

Pursuant to stipulation and agreement between the parties:

- The Case Management Conference will be on Friday, February 6, 2015 at 10:00 a.m.
- The parties will file a Joint Case Management Statement seven days before the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: 12/04/2014



Judge Samuel Conti