RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
    hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
    gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>                    Plaintiffs,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. CV-13-2554 SC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

[~~PROPOSED~~] ORDER

Pursuant to stipulation and agreement between the parties:

- The Case Management Conference scheduled for March 20, 2015 is continued to July ~~17~~ 31, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  03/13/2015



Judge Samuel Conti