IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH L., JAMES L., and OLIVIA L., individually and as representatives of the class of similarly situated individuals; and L.M. and N.M. as guardians of M.M., and as representatives of the class of similarly situated individuals;<br><br>    Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE CO.,<br><br>    Defendant. | Case No. CV 13-2554 SC<br><br>JUDGMENT |

In accordance with the Court's order dismissing the case with prejudice, ECF No. 68, JUDGMENT in this action is hereby entered in favor of DEFENDANT Aetna Life Insurance Company and against PLAINTIFFS Elizabeth L., James L., Olivia L., and L.M. and N.M. as guardians of M.M. on all claims.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: April 3, 2015

UNITED STATES DISTRICT JUDGE